**Laura Denise SEIDEL, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 07–72754.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 13, 2009.*

Filed April 28, 2009.

Laura Denise Seidel, Yuba City, CA, pro se.

Donald L. Korb, Acting Chief Counsel Internal Revenue Service, Carol A. Barthel, Eileen J. O'Connor, DOJ–U.S. Department of Justice Tax Division/Appellate Section, Washington, DC, for Respondent–Appellee.

Before: GRABER, GOULD, and BEA, Circuit Judges.

## MEMORANDUM **

Laura Denise Seidel appeals pro se from the Tax Court's decision that a $157,000 payment Seidel received under a settlement agreement was not excludable from her gross income. We have jurisdiction under 26 U.S.C. § 7482(a)(1). We review de novo the Tax Court's conclusions of law and review for clear error its findings of fact, *Rivera v. Baker West, Inc.*, 430 F.3d 1253, 1256 (9th Cir.2005), and we affirm.

The Tax Court did not clearly err by finding that, under the settlement agreement, the $157,000 payment was intended to compensate for emotional distress and thus was not excludable from Seidel's gross income. *See* 26 U.S.C. § 104(a)(2) (exempting compensation based on physical injury from taxation but not treating emotional distress as a physical injury or physical sickness); *Rivera*, 430 F.3d at 1257 (explaining that, in analyzing a settlement agreement, the court looks to the express language of the agreement to determine whether it specifies the purpose of the compensation and, if there is no express language, the intent of the payor).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.